**Fill in this information to identify the case:**

Debtor 1: Jeffrey Michael Vandernoor

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of CA (State)

Case number: 19-12898

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 6727 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 9/11/19 | (5) $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: _____ | | (11) $ _____ |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   **Jeffrey Michael Vandernoor**
First Name   Middle Name   Last Name

Case number *(if known)* 19-12898

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Kristin Zilberstein
Signature

Date 2 / 4 / 2020

Print: **Kristin Zilberstein**
First Name   Middle Name   Last Name

Title **Authorized Agent**

Company **Ghidotti Berger, LLP**

Address **600 E. John Carpenter Fwy., Suite 175**
Number   Street
**Irving, TX 75062**
City   State   ZIP Code

Contact phone (949) 427 – 2010

Email kzilberstein@ghidottiberger.com

2

Kristin A. Zilberstein, Esq. (SBN: 200041)
L. Bryant Jaquez, Esq. (SBN 252125)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorneys for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In Re:<br><br>Jeffrey Michael Vandernoor<br>   Debtors. | ) Case No.: 19-12898<br>)<br>) CHAPTER 13<br>)<br>) **PROOF OF SERVICE** |
|---|---|

# CERTIFICATE OF SERVICE

On February 4, 2020, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges, on the following individuals by depositing true copies thereof in the United States first class mail at Santa Ana, California, enclosed in a sealed envelope, with postage page addressed as follows:

| | |
|---|---|
| COUNSEL FOR DEBTOR<br>Robert S. Williams<br>2441 G St., Ste. A<br>Bakersfield, CA 93301 | DEBTOR<br>Jeffrey Michael Vandernoor<br>11802 Darlington Ave<br>Bakersfield, CA 93312 |
| TRUSTEE<br>Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950 | U.S. TRUSTEE<br>Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

                                                               /s/ Lauren Simonton
                                                               Lauren Simonton